| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cummings, Jeffrey I. | 2. Court or Organization<br><br>United States District Court - Northern District of Illinois | 3. Date of Report<br><br>05/07/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ✔ Annual     ☐ Final<br><br>**5b.** ☐   Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>United States District Court<br>219 South Dearborn Street<br>Chicago, Illinois 60604 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | Self-directed retirement account at Miner, Barnhill & Galland, P.C. (reportable assets are listed in Part VII) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Jeffrey I.** | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | HERE Technologies (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Jeffrey I.** | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navient | Student loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Jeffrey I.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | K | T | | | | | |
| 3. MONY Life Ins Policy #1 (whole) | A | Dividend | J | T | | | | | |
| 4. MONY Life Ins Policy #2 (whole) | A | Dividend | K | T | | | | | |
| 5. NWM Life Ins Policy #1 (whole) | C | Dividend | L | T | | | | | |
| 6. NWM Life Ins Policy #2 (whole) | B | Dividend | K | T | | | | | |
| 7. NWM Life Ins Policy #3 (whole) | A | Dividend | K | T | | | | | |
| 8. Account #1 (H) | | | | | | | | | |
| 9. Adv Bank Dep Ally Bank (ABDXX) (cash) | A | Interest | K | T | | | | | |
| 10. Invesco Endeavor Fd Cl Y (ATDYX) | | None | | | Buy (add'l) | 04/08/20 | J | | |
| 11. | | | | | Sold (part) | 07/06/20 | J | | |
| 12. | | | | | Sold | 07/24/20 | J | | |
| 13. Invesco Van Kampen Comstock Fd Y (ACSDX) | C | Dividend | M | T | Sold (part) | 01/10/20 | J | A | |
| 14. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 15. | | | | | Buy (add'l) | 07/28/20 | M | | |
| 16. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 17. DWS RREEF Glbl Infrastr Fd A (TOLLX) | A | Dividend | K | T | Buy (add'l) | 07/28/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Jeffrey I.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Federated Hermes Strategic Income Fd Cl R6 (STILX) | B | Dividend | M | T | Buy | 07/28/20 | M | | |
| 19. | | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 20. | Federated Hermes Kaufmann Lg Cap Fd Cl R6 (KLCSX) | D | Dividend | N | T | Buy | 07/28/20 | N | | |
| 21. | | | | | | Sold<br>(part) | 10/05/20 | J | A | |
| 22. | Federated Hermes Total Ret Bd Fd Cl R6 (FTRLX) | B | Dividend | M | T | Buy | 07/28/20 | M | | |
| 23. | | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 24. | Federated Intl Leaders Cl R6 (FGRSX) | A | Dividend | K | T | Sold<br>(part) | 07/06/20 | J | A | |
| 25. | | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 26. | Account #2 (H) | | | | | | | | | |
| 27. | Xanthus Fund, LLC | | None | N | T | Buy | 08/03/20 | M | | |
| 28. | Jackson National Life Perspective II S&P Aggressive Growth Portfolio | | None | N | T | Buy | 07/28/20 | N | | |
| 29. | Account #3 (H) | | | | | | | | | |
| 30. | American Funds, Capital World Growth & Income Fund Class A (CWGIX) | A | Dividend | J | T | | | | | |
| 31. | American Funds, Europacific Growth Fund Class A (AEPGX) | A | Dividend | J | T | | | | | |
| 32. | American Funds, The Growth Fund Of America Class A (AGTHX) | A | Dividend | J | T | | | | | |
| 33. | American Funds, The Income Fund Of America Class A (AMECX) | A | Dividend | J | T | | | | | |
| 34. | American Funds, Intermediate Bond Fund Of America Class A (AIBAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Jeffrey I. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Account #4 (H) | | | | | | | | | |
| 36. AF Trgt Date 2030 R6 (RFETX) | A | Dividend | | | Sold | 07/08/20 | O | | |
| 37. FID 500 Index (FXAIX) | B | Dividend | | | Sold | 07/08/20 | N | | |
| 38. FA Balanced Z (FZAAX) | B | Dividend | | | Sold | 07/08/20 | N | | |
| 39. Account #5 (H) | | | | | | | | | |
| 40. Adv Bank Dep Ally Bank (ABDXX) (cash) | A | Interest | M | T | | | | | |
| 41. Amazon Com Inc (AMZN) | A | Dividend | K | T | | | | | |
| 42. Apple Inc (AAPL) | A | Dividend | K | T | | | | | |
| 43. Berkshire Hathaway (BRK.B) | | None | | | Sold | 09/17/20 | L | E | |
| 44. CVS Health Corp (CVS) | A | Dividend | | | Sold | 09/17/20 | J | | |
| 45. McDonalds Corp (MCD) | B | Dividend | K | T | | | | | |
| 46. Federated Kaufmann Large Cap-A (KLCAX) | D | Dividend | N | T | Buy (add'l) | 07/24/20 | M | | |
| 47. Federated Fltg Rate Strat Inc A (FRSAX) | B | Dividend | L | T | | | | | |
| 48. Federated Hermes Total Return Bond Fd Cl A (TLRAX) | A | Dividend | M | T | Buy | 07/24/20 | M | | |
| 49. Federated Intl Leaders Fd A (FGFAX) | | None | | | Sold | 03/11/20 | K | | |
| 50. John Hancock Financial Ind Cl A (FIDAX) | | None | | | Sold | 03/11/20 | J | | |
| 51. Voya Eq Tr Midcap Opptys Fd Cl A (NMCAX) | D | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Jeffrey I.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Trust ETF NASDAQ Cybersecurity ETF (CIBR) | A | Dividend | K | T | Buy | 03/11/20 | K | | |
| 53. IShares Tr US Broker-Dealers & SE ETF (IAI) | A | Dividend | K | T | Buy | 02/13/20 | J | | |
| 54. Financial Select Sector SPDR (XLF) | A | Dividend | J | T | Buy | 03/11/20 | J | | |
| 55. ETF Managers TR Prime Cyber Security (HACK) | A | Dividend | | | Sold | 02/13/20 | K | A | |
| 56. Vanguard Index FDS S&P 500 ETF (VOO) | A | Dividend | K | T | | | | | |
| 57. FT Cybersecurity #11 (30307C431) | | None | | | Redeemed | 03/10/20 | K | C | |
| 58. FT Water Utility Infra Sel #51 (30309W757) | A | Dividend | | | Redeemed | 09/10/20 | K | D | |
| 59. FT Banking Oppty #32 (30310H294) | A | Dividend | | | Redeemed | 03/03/20 | K | | |
| 60. FT Dow Target (30310M630) | A | Dividend | | | Redeemed | 03/11/20 | K | | |
| 61. Top Picks Ser 24 Jan 2019 Port (30310N572) | A | Dividend | | | Redeemed | 02/26/20 | L | D | |
| 62. FT Global Dividend #58 (30310R110) | B | Dividend | K | T | | | | | |
| 63. Top Picks Ser 26 Jul 2019 Port (30311C27B) | A | Dividend | | | Sold | 03/11/20 | K | | |
| 64. FT Cybersecurity #18 (30312A594) | | None | | | Buy | 02/13/20 | K | | |
| 65. | | | | | Sold | 03/11/20 | K | | |
| 66. FT Water Utility Sel #56 (30312E679) | A | Dividend | K | T | | | | | |
| 67. FT Water Utility Infra Sel #59 (30315G556) | A | Dividend | L | T | Buy | 09/17/20 | L | | |
| 68. Invesco QQQ Tr Ser 1 ETF (QQQ) | | None | | | Buy | 03/11/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Jeffrey I.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 03/11/20 | L | | |
| 70.  Inv Divid Sustain 18-2 (46141B314) | A | Interest | | | Redeemed | 05/08/20 | K | A | |
| 71.  Inv Select 10 Indus 19-1 (46142X539) | A | Interest | | | Redeemed | 03/10/20 | L | | |
| 72.  Inv Divid Sustain 19-1 (46143A35S) | A | Interest | K | T | | | | | |
| 73.  Inv Turnaround Strat 19-1 (46143C476) | | None | | | Sold | 03/11/20 | K | | |
| 74.  Inv Select 10 Indus 19-2 (46143E191) | A | Interest | | | Sold | 05/08/20 | K | | |
| 75.  Jackson National Life Perspective II S&P Aggressive Growth Portfolio | | None | P1 | T | | | | | |
| 76.  Account #6 (H) | | | | | | | | | |
| 77.  Adv Bank Dep Ally Bank (ABDXX) (cash) | A | Interest | J | T | | | | | |
| 78.  Invesco Endeavor Fd Cl Y (ATDYX) | B | Dividend | K | T | Buy (add'l) | 04/08/20 | J | | |
| 79. | | | | | Sold (part) | 07/06/20 | J | | |
| 80. | | | | | Sold (part) | 10/07/20 | J | | |
| 81.  Invesco Van Kampen Comstock Fd Y (ACSDX) | B | Dividend | L | T | Buy (add'l) | 04/08/20 | J | | |
| 82.  DWS RREEF Glbl Infrastr Fd A (TOLLX) | A | Dividend | J | T | Sold (part) | 04/08/20 | J | A | |
| 83.  Federated Intl Leaders Cl R6 (FGRSX) | A | Dividend | K | T | Sold (part) | 04/08/20 | J | | |
| 84.  Account #7 (H) | | | | | | | | | |
| 85.  Adv Bank Dep Ally Bank (ABDXX) (cash) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Jeffrey I.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Alps ETF Tr Alerian MLP SBI/CBI ETF (AMLP) | C | Dividend | K | T | Buy (add'l) | 05/11/20 | J | | |
| 87. | Global X Cloud Computing ETF (CLOU) | | None | K | T | Buy | 07/08/20 | K | | |
| 88. | Invesco Powershs Nasdaq Internet Port ETF (PNQI) | | None | K | T | | | | | |
| 89. | Invesco Powershs Golden Dragon China (PGJ) | | None | | | Sold | 02/28/20 | K | | |
| 90. | iShares Tr Select Divid (DVY) | B | Dividend | L | T | Buy (add'l) | 05/11/20 | J | | |
| 91. | iShares Tr US Aer Def (ITA) | A | Dividend | | | Sold | 03/20/20 | K | | |
| 92. | iShares Tr IBOXX Inv Cp ETF (LQD) | A | Dividend | K | T | Buy | 04/21/20 | K | | |
| 93. | iShares Tr Mortg (REM) | B | Dividend | K | T | Buy (add'l) | 07/08/20 | J | | |
| 94. | SPDR Gold Trust Gold Shs (GLD) | | None | J | T | Buy | 04/21/20 | J | | |
| 95. | SPDR Ser Trust S&P Transn (XTN) | | None | | | Sold | 03/20/20 | K | | |
| 96. | SPDR Ser Trust S&P Biotech Closed End SBI/CBI ETF (XBI) | A | Dividend | L | T | Buy (add'l) | 05/11/20 | J | | |
| 97. | | | | | | Buy (add'l) | 07/08/20 | J | | |
| 98. | Select Sect SPDR Tr SBI Healthcare (XLV) | A | Dividend | K | T | Buy (add'l) | 05/11/20 | J | | |
| 99. | Select Sect SPDR Tr SBI Int-Finl (XLF) | A | Dividend | K | T | | | | | |
| 100. | Select Sect SPDR Tr Tech (XLK) | A | Dividend | L | T | Buy (add'l) | 05/11/20 | J | | |
| 101. | Vaneck Vectors ETF Gold Miners (GDX) | A | Dividend | L | T | | | | | |
| 102. | Vaneck Vectors ETF Semiconductors (SMH) | | None | | | Sold | 03/20/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Jeffrey I.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Vanguard Intl Eq Indx Fd FTSE Emr Mkt (VWO) | A | Dividend | K | T | | | | | |
| 104.  Vanguard Index Fds Real Estate ETF (VNQ) | B | Dividend | K | T | | | | | |
| 105.  Account #8 (H) | | | | | | | | | |
| 106.  NM FDIC Insured Deposit Program (cash) | A | Dividend | J | T | | | | | |
| 107.  Thornburg Value Class A (TVAFX) | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Jeffrey I.** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Jeffrey I.** | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jeffrey I. Cummings**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544